**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DRAFTEXPRESS, INC.,

                 Plaintiff,

      v.

WHISTLE SPORTS, INC.,

                 Defendant.

Case No. CV 22-488 DMG (AGRx)

**JUDGMENT**

      This Court having granted Defendant Whistle Sports Inc.'s Motion to Dismiss with prejudice by Order dated August 2, 2022,

      IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant and against Plaintiff DraftExpress, Inc.

DATED:  August 2, 2022

                                _____
                                     DOLLY M. GEE
                     UNITED STATES DISTRICT JUDGE